# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                    CASE NO: 8:13-cv-3010-T-26AEP

ADAM BLACK, f/k/a
Joe Doe, *subscriber assigned*
*IP address 71.180.230.29,*

    Defendant.
_____/

# **O R D E R**

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, it is **ORDERED AND ADJUDGED** that the Plaintiff's Second Motion for Extension of Time Within Which It has to Serve Defendant With a Summons and Complaint (Dkt. 13) is **denied**. As is reflected at docket 12 of the court file, Plaintiff's counsel was notified by the Clerk's office on April 3, 2014, as to the procedure to be followed in obtaining an executed summons. For some unexplained reason, Plaintiff's counsel waited until April 25, 2014, to comply with the Clerk's office's instructions, which is one day before service was required to be effected on the Defendant pursuant to this Court's order entered March 28, 2014, at docket 11. In the Court's view, Plaintiff's counsel was dilatory in attempting to effect service on the Defendant and, as such, has

failed to demonstrate good cause why this Court should grant a further extension of time to serve the Defendant.

**ACCORDINGLY**, this case is dismissed without prejudice, and the Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, on April 29, 2014.

      s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record